# Aaron Richard Golub, Esquire, P.C.
## Lawyers

Aaron Richard Golub, Esquire  
Nehemiah S. Glanc, Esquire  
Chad Berkowitz, Esquire  

argolub@argolub.com  
nglanc@argolub.com  
cberkowitz@argolub.com  

113 East 64th Street -2nd Floor  
New York, New York 10065  

212-838-4811  
Facsimile 212-838-4869  

March 19, 2014

Hon. Richard M. Berman  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 12D  
New York, NY 10007  

Re: *Patrick Cramer et. al. v. The Calder Foundation, et al.*,  
14 CV 1375 (RMB)(RLE)

Dear Judge Berman:

    This office represents defendants. Pursuant to this Court's Individual Rule 1.D., enclosed is a proposed So Ordered Stipulation concerning defendants' time to answer, move against, or otherwise respond to the plaintiff's complaint. There have been no previous requests for adjournment or extension and the So Ordered Stipulation is signed by plaintiff's and defendants' counsel. Accordingly, defendants respectfully request that the Court sign the enclosed So Ordered Stipulation.

Respectfully submitted,

Nehemiah S. Glanc

Enclosure  
cc: Adam J. Rader w/enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   14 Civ. 1375 (RMB)(RLE)
PATRICK CRAMER, suing individually and in
his capacity as Co-Administrator of the Estate of       ECF Case
Gérald Cramer,

                                         Plaintiff,
     -against-
                                             **SO ORDERED**
THE CALDER FOUNDATION a/k/a                                      **STIPULATION**
THE ALEXANDER AND LOUISA
CALDER FOUNDATION; ALEXANDER
S.C. ROWER, in his individual capacity;
SANDRA CALDER DAVIDSON,
SHAWN DAVIDSON and
ALEXANDER S.C. ROWER, as
EXECUTORS of the Estate of Alexander Calder,
Deceased; and JOHN DOES 1-20.

                                          Defendants.
-----------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff PATRICK CRAMER, suing individually and in his capacity as Co-Administrator of the Estate of Gérald Cramer, and Defendants THE CALDER FOUNDATION a/k/a THE ALEXANDER AND LOUISA CALDER FOUNDATION, ALEXANDER S.C. ROWER, in his individual capacity, SANDRA CALDER DAVIDSON, SHAWN DAVIDSON and ALEXANDER S.C. ROWER, as EXECUTORS of the Estate of Alexander Calder, Deceased ("Calder Defendants"), through their undersigned attorneys, that:

       1.     The time for the Calder Defendants to answer, move against, or otherwise respond to Plaintiff's complaint dated February 28, 2014 is extended to and including May 8, 2014.

       2.     The Calder Defendants waive all jurisdictional defenses pertaining to service of the complaint in this action.

       3.     This So Ordered Stipulation may be executed in two (2) or more counterparts, each of which shall be deemed an original. A facsimile copy or .PDF image of the signature page of this

Stipulation is deemed as an original.

Dated: March 19th, 2014  
New York, New York

Dated: March 19, 2014  
New York, New York

EATON & VAN WINKLE LLP,

BY: Michael A. Lacher (ML8229)/Adam J. Rahc (AR3530)  
3 Park Avenue  
New York, New York 10016  
212-779-9910  
Attorneys for Plaintiff  
Patrick Cramer, suing individually and in his capacity as Co-Administrator of the Estate of Gérald Cramer,

AARON RICHARD GOLUB, ESQUIRE, PC

BY: Nehemiah S. Glanc (NSG7264)  
113 East 64th Street, 2nd Floor  
New York, New York 10065  
212-838-4811  
Attorneys for Defendants  
The Calder Foundation a/k/a The Alexander And Louisa Calder Foundation, Alexander S.C. Rower, in his individual capacity, Sandra Calder Davidson, Shawn Davidson and Alexander S.C. Rower, as Executors of the Estate of Alexander Calder, Deceased

SO ORDERED

_____  
U.S.D.J.

2