UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK CRAMER, suing individually and in his capacity as Co-Administrator of the Estate of Gérald Cramer,

      Plaintiff,

vs.

THE CALDER FOUNDATION, et al.,

      Defendants.

Index No. 14 Civ. 1375 (RMB) (RLE)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED that this action is dismissed with prejudice.

Dated: New York, New York
September 5, 2014

EATON & VAN WINKLE LLP

_____
Michael A. Lacher (mlacher@evw.com)
Adam J. Rader (arader@evw.com)
3 Park Avenue
New York, NY 10016
212-779-9910 (tel.)

*Attorneys for plaintiff*

PATTERSON BELKNAP WEBB & TYLER LLP

_____
William F. Cavanaugh, Jr.
(wfcavanaugh@pbwt.com)
1133 Avenue of the Americas
New York, NY 10036
212-336-2793 (tel.)

*Attorneys for defendants*